No. 10-8294.  CATO v. SWARTHOUT, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10-8419.  MARSHALL v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 10-8615.  TORRES-PINDAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10-8806.  MARTIN v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 10-8825.  GLYNN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10-9039.  DUHANEY v. HOLDER, ATTORNEY GENERAL. C. A. 3d Cir.  Certiorari denied.

No. 10-9095.  WRIGHT v. CRAIG ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10-9189.  COGSWELL v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 1.  Certiorari denied.

No. 10-9222.  HENDERSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10-9229.  BECKER v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 10-9260.  IDE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10-9261.  GRAHAM v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 10-9539.  PRITCHARD v. HAYDEN.  C. A. 7th Cir.  Certiorari denied.

No. 10-9783.  NEAL v. RADDATZ ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 10-9785.  REYES v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.